DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLEN SZCZEPANIK,**
Appellant,

v.

**THE OCEAN MONARCH CONDOMINIUMS, INC.,**
Appellee.

No. 4D20-2301

[April 15, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE2019-001665.

Richard E. Gitlen of Gitlen Law Firm, Stuart, for appellant.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***